AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| TINT WORLD, LLC <br><br> *Plaintiff(s)* <br> v. <br> THE TINT STORE CORAL SPRINGS, INC. <br><br> *Defendant(s)* | Civil Action No. 16-cv-62705-WPD |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  The Tint Store of Coral Springs, Inc.
By Serving its Registered Agent:
Michael Warren
7830 Wiles Road
Coral Springs, FL 33067

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Scott M. Behren, Esq.
Behren Law Firm
2893 Executive Park Drive
Suite 110
Weston, FL 33331
(954) 636-3802

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

Date: 11/17/2016

*s/ Faithtrina Stinson*
Deputy Clerk
U.S. District Courts

**SUMMONS**