UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-62705-CIV-DIMITROULEAS

TINT WORLD LLC,

    Plaintiff,

vs.

THE TINT STORE CORAL SPRINGS, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL FOR LACK OF PROSECUTION

THIS CAUSE is before the Court *sua sponte*.

On February 6, 2017, this Court entered an Order [DE 12] requiring Plaintiff to move for final default judgment or show cause why this action should not be dismissed for lack of prosecution by February 13, 2017. [DE 12]. Plaintiff responded asking for "a reasonable period of time to conduct damages discovery in order to submit a proposed Final Judgment against the Defendant." [DE 13]. The Court granted Plaintiff an extension to move for default judgment on or before March 16, 2017. [DE 14]. Plaintiff filed a second Motion for Extension of Time to Submit Final Judgment. [DE 18]. The Court allowed Plaintiff a second extension of time, until April 17, 2017, to move for default judgment. [DE 19]. Despite two extensions, Plaintiff has failed to move for final default judgment.

Accordingly, it is **ORDERED AND ADJUDGED** that this action is hereby **DISMISSED without prejudice** for lack of prosecution. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

1

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of April, 2017.

/s/ William P. Dimitrouleas
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record

Tint Store of Coral Springs, Inc.
R/A Michael Warren
7830 Wiles Road
Coral Springs, FL 33067