UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-cv-62705-WPD

TINT WORLD, LLC

Plaintiff,

vs.

THE TINT STORE OF CORAL SPRINGS, INC.

Defendant

_____________________________/

**PLAINTIFF'S TO REINSTATE CASE AND MOTION FOR EXTENSION OF TIME TO SUBMIT FINAL JUDGMENT**

Plaintiff by and through its undersigned counsel hereby moves to reinstate this case and seek additional time to submit a Final Judgment in this matter as follows:

1. This action was filed for infringement of trademarks amongst other claims. One of the elements of damages would be the profits earned by the Defendant through the use of the infringing trademark.

2. In order to prove those damages in support of a Final Judgment, Plaintiff has served discovery on third parties to get this information. *See*, attached Exhibit A. Plaintiff has served Subpoenas on Wells Fargo, Chase, Regions Bank, Richard Karpeles CPA, and Global Wholesale Merchant Solutions.

3. To date, Chase has asked for an extension of time through April 20, 2017. To date, Regions Bank has produced no documents, but counsel has been in active communications with them. To date, Wells Fargo has produced some, but not all of the requested documents, but undersigned counsel has been in active communications with

them. To date, Global Wholesale Merchant Services, has produced no documents nor have they communicated with the undersigned counsel. As can be seen, undersigned counsel has been actively working on getting the necessary documents to prepare a Final Judgment, but has yet been unable to do so.

4. While this Court dismissed this case, the Plaintiff wishes to obtain a final judgment in this matter, but has yet been unable to obtain all necessary documentation. The undersigned failed to calendar the last extension date and this is the only reason why an additional Motion for Extension was not filed.

5. Plaintiff seeks additional time to collect damages discovery in order to submit a proposed Final Judgment against the Defendant for thirty (30) days.

WHEREFORE, Plaintiff requests an additional Thirty (30) days to submit a proposed Final Judgment against the Defendant and for any other relief this Court deems just and proper.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with this Court on April 20, 2017 with the Clerk of the Court by using the ECF system and has mailed a copy to Michael Warren, Registered Agent, 7830 Wiles Road, Suite A, Coral Springs, FL 33067.

Behren Law Firm
2893 Executive Park Drive, Suite 110
Weston, FL 33331
Phone: (954) 636-3802
Facsimile: (772) 252-3365
Scott@behrenlaw.com

By_/Scott M. Behren/_______
Scott M. Behren
Fla. Bar No. 987786